UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Stonebridge Associates, Inc., | ) | Court File No. 03-5468 (MJD/JGL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| v. | ) | |
| | ) | |
| Environmental Dynamics Corporation, a foreign corporation, Integrated Separation Solutions, LLC, a foreign limited liability company, and Bank One Rockford, N.A., a national bank corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that judgment is hereby entered dismissing the above-entitled action on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 3, 2005.              BY THE COURT:


                                     s / Michael J. Davis
                                     The Honorable Michael J. Davis
                                     Judge of United States District Court